IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-105 (KAJ) |
| | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING DEADLINE FOR
PLAINTIFF TO FILE ANSWERING BRIEF**

On February 28, 2005, defendant UNUM Life Insurance Company of America filed a Motion to Dismiss (D.I. 2).  Plaintiff's answering brief was due to be filed on or before March 14, 2005.  To date, plaintiff has failed to file an answering brief in response to the motion.  Therefore,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief in response to defendant's Motion to Dismiss on or before May 18, 2005, or otherwise show cause why this case should not be dismissed for failure to prosecute.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
Dated: May 4, 2005