# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 19, 2006

Ms. Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE  19720

Walter P. McEvilly, Jr., Esq.
Stevens & Lee
1105 N. Market Street - 7th Fl.
Wilmington, DE 19801

Re:   Stephanie Lynn Ford v. UNUM Life Insurance Company
      Civil Action No. 05-105-KAJ

Dear Ms. Ford and Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court