IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | CIVIL ACTION NO. 05-CV-105 (KAJ) |
| Plaintiff | : | 05-CV-118 (KAJ) |
| | : | |
| vs. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY | : | |
| OF AMERICA, | : | |
| Defendant | : | |
| | : | |

**CERTIFICATION**

The undersigned certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the Commonwealth of Pennsylvania, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in District Court Rule 83.6 and has access to, or has acquired a copy of, the Local Rules (general orders) of this Court and is generally familiar with such Rules. The undersigned certifies that the foregoing statements are true and that he is aware that he is subject to punishment if any of the foregoing statements are willfully false.

_____
Kirk L Wolgemuth