IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | CIVIL ACTION NO. 05-CV-105 (KAJ) |
| Plaintiff | : | 05-CV-118 (KAJ) |
| | : | |
| vs. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY | : | |
| OF AMERICA, | : | |
| Defendant | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, WALTER P. McEVILLY, JR., hereby certify that I caused a true and correct copy of the foregoing motion to be served, via first class mail, postage prepaid, this 2d day of February, 2006 upon:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, Delaware 19720

_____
Walter P. McEvilly, Jr.