IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD,<br>　　　　Plaintiff | : | CIVIL ACTION NO. 05-CV-105 (KAJ)<br>05-CV-118 (KAJ) |
| vs. | : | |
| UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br>　　　　Defendant | : | |

ORDER AUTHORIZING
COUNSEL TO PRACTICE PRO HAC VICE

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion for Admission of Kirk L Wolgemuth Pro Hac Vice (the "Motion"), it is hereby ORDERED, that the Motion is GRANTED, and Kirk L Wolgemuth is admitted *pro hac vice* as co-counsel for Defendants UNUM Life Insurance Company of America in the above-captioned cases.

BY THE COURT:

_____
　　　　　　　　　　　　　　　　J.

SL1 607825v1/000000.00000