IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-118 (KAJ)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **7th** day of **February, 2006**,

IT IS ORDERED that the scheduling teleconference presently set for **February 7, 2006 at 11:30 a.m.** is hereby rescheduled to **February 24, 2006 at 4:00 p.m.** Counsel for Defendant shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE