IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-105 (KAJ)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>) |
| STEPHANIE LYNN FORD,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-118 (KAJ)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF CONSOLIDATION**

At Wilmington this **1st** day of **March, 2006**,

IT IS ORDERED that C.A. No. 05-105-KAJ and C.A. No. 05-118-KAJ are consolidated for all purposes.

Hereafter all papers will be filed under C.A. No. 05-105-KAJ.

/s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE