IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE L. FORD,                    CIVIL ACTION
                                      NO. 05-105 (KAJ)
        PLAINTIFF

V.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

        DEFENDANT

MOTION OF AMENDMENT OF COMPLAINT

1. I STEPHANIE L. FORD AM ASKING UNITED STATES DISTRICT COURT OF DELAWARE TO ALLOW ME TO AMENDMENT THE COMPLAINT AGAINST UNUM LIFE INSURANCE COMPANY OF AMERICA. I WOULD LIKE TO ADD CHRISTIANA CARE HOSPITAL HEALTH SYSTEMS AS THE JOINDER PARTIES.

2. I STEPHANIE L. FORD AM ASKING THE UNITED STATES DISTRICT COURT OF DELAWARE TO GIVE ME A JURY TRIAL FOR THE CASE AGAINST UNUM LIFE INSURANCE COMPANY OF AMERICA. CIVIL ACTION - NO. 05-105 (KAJ)

SINCERELY,

*Stephanie L. Ford*
3/2/06

CC: (KAJ)
UNITED STATES DISTRICT JUDGE

MR. WALTER P. MCEVILLY, Jr.
LEAD ATTORNEY
UNUM LIFE INSURANCE COMPANY
OF AMERICA

PF:

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 02ND DAY OF MARCH 2006, UPON THE FOLLOWING IN THE MANNER INDICATED:

U.S. CERTIFIED MAIL
  STEVEN & LEE
MR. WALTER P. McEVILLY, Jr.
  DELAWARE ID NO. 0660
  1105 NORTH MARKET STREET 7th FLOOR
  WILMINGTON, DELAWARE 19801

*Stephanie L. Ford*
Stephanie L. FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720